# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-60478
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 1, 2015

Lyle W. Cayce
Clerk

HILDA NDIP ASHU TABOT,

Petitioner

v.

LORETTA LYNCH, U.S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A201 264 929

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:*

Hilda Ndip Ashu Tabot, a native and citizen of Cameroon, petitions for review of the Board of Immigration Appeals' (BIA) decision denying her motion to reopen. Tabot challenges the Immigration Judge's (IJ) denial of her applications for asylum, withholding of removal, and protection under the Convention Against Torture based on the IJ's adverse credibility finding and the BIA's affirmance of that finding.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-60478

Tabot has briefed only her challenge to the IJ's decision and the BIA's December 18, 2013, affirmance of that decision. Because, however, Tabot did not file a petition for review from the BIA's December 18, 2013, decision, that decision is not before the court. *See Stone v. INS*, 514 U.S. 386, 394, 401-06 (1995); 8 U.S.C. § 1252(b)(1); *Navarro-Miranda v. Ashcroft*, 330 F.3d 672, 676 (5th Cir. 2003). Moreover, Tabot has abandoned any challenge to the BIA's denial of her motion to reopen by failing to brief the issue sufficiently. *See* FED. R. APP. P. 28(a)(8)(A); *Soadjede v. Ashcroft*, 324 F.3d 830, 833 (5th Cir. 2003). Accordingly, Tabot has waived her claim for relief. *See Soadjede*, 324 F.3d at 833.

Tabot's petition for review is DENIED.